1.
2.
3.
4.
5.
6.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F/V PEGASUS FISHERIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KOAM DEVELOPMENT Co., U.S.A., L.L.C., <br><br> Defendant. | IN ADMIRALTY <br><br> Case No. <br><br> COMPLAINT (46 U.S.C. § 31343) |

COMES NOW the Plaintiff, F/V Pegasus Fisheries, Inc. ("Pegasus"), by and through its attorneys, Holmes Weddle & Barcott, P.C., and complains against Defendant KOAM Development Co., U.S.A., L.L.C. ("KOAM"), as set forth below.

**JURISDICTION**

1. Jurisdiction is based upon 28 U.S.C. § 1333, admiralty, and 28 U.S.C. § 1331, federal question, specifically 46 U.S.C. § 31343. This is an admiralty or maritime claim within the meaning of Fed. R. Civ. P. 9(h).

2. Pegasus is the owner of the vessel MARY B, Official Number 511579 ("Vessel").

3. Pegasus seeks a declaration that the Vessel is not subject to a certain Notice of Claim of Maritime Lien or to the maritime lien asserted therein.

COMPLAINT (46 U.S.C. § 31343) - 1
Case No.

4. The Vessel is in Seattle, in the Western District of Washington.

5. Pegasus is a corporation organized and existing under the laws of Washington.

## COUNT I

### (No Maritime Lien)

6. Sang Kun Park, a member of KOAM, filed a Notice of Claim of Maritime Lien against the Vessel with the United States Coast Guard on October 16, 2014.

7. The Notice of Claim of Maritime Lien against the Vessel was recorded at BATCH 23251700, DOC #3. A copy of the Vessel abstract from the U.S. Coast Guard is attached hereto as **Exhibit A**.

8. The maritime lien claimed by KOAM against the Vessel was for the amount of $32,733.94 for repairs.

9. Pegasus and KOAM entered into a Memorandum of Understanding ("MOU") on September 2, 2013. The MOU created a joint venture.

10. A joint venturer cannot acquire a maritime lien against a vessel.

11. KOAM's claimed maritime lien against the Vessel is invalid.

12. The Notice of Claim of Maritime Lien is a cloud on the title to the Vessel and impairs the use and marketability of the Vessel.

**WHEREFORE,** Pegasus prays that the Court declare and award as follows:

1. Declare that the Vessel MARY B is not subject to any maritime lien or Notice of Claim of Maritime Lien in favor of Pegasus.

2. Enter such other and further relief as the court deems reasonable and just.

COMPLAINT (46 U.S.C. § 31343) - 2
Case No.

**HOLMES WEDDLE & BARCOTT, PC**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

DATED this 9th day of April, 2015.

        HOLMES WEDDLE & BARCOTT, P.C.

        s/  John E. Casperson
John E. Casperson, WSBA #14292
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone:  (206) 292-8008
Facsimile:   (206) 340-0289
Email:        jcasperson@hwb-law.com
Attorney for Plaintiff

G:\6265\28513

COMPLAINT (46 U.S.C. § 31343) - 3
Case No.

**HOLMES WEDDLE & BARCOTT, PC**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289